### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**CURTIS L. NORRIS,**

       **Plaintiff,**

**v.**                                                          **Case No. 4:14cv222-MW/CAS**

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

       **Defendant.**
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 16.   Upon consideration, no objections having

been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "Plaintiff's § 2254 petition, ECF

No. 1, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall

close the file.

      **SO ORDERED on January 13, 2017.**

                        **s/Mark E. Walker_____ ____**
                        **United States District Judge**